United States Courts
Southern District of Texas
FILED

JUL 2 0 2011

David J. Bradley, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: Texas Rehabilitation Investments §     Case No. 04-70640
Corp §
§
Debtor(s). §

### Application for Payment of Unclaimed Funds
### and Certificate of Service

1.      I am making application to receive $ 1,694.88, which was deposited as unclaimed funds on behalf of   Beatrice Michelle Garza Sosa
(*name of original creditor/debtor*).

2.      Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☒      a.      Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.
( Per court mailed to previous address and check returned )

☐      b.      Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐      c.      Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐      d.      Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐      e.      Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐      f.      None of the above apply.  As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3.      I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents.  I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated:  7|6|11                    Applicant's Signature _____
                                           Applicant's Name   Beatrice Michelle Garza Sosa
                                           Address              1424 Post Oaks Rd.
                                                                    Edinburg, TX  78539
                                           Phone:        (956 ) 457-6949

Subscribed and sworn before me this 6 day of July _____.

Dalia L. Garza

DALIA L. GARZA
MY COMMISSION EXPIRES
October 29, 2012

Notary Public
State of   Texas
My commission expires   10/12/12

Attachments:  1. Passport Copy
                      2. Supporting document: Light bill with previous address
                      3. _____
                      4. _____

### Certificate of Service

I certify that on 7|15|11 _____(date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney                       Other: _____
P.O. Box 61129                              _____
Houston, TX  77208                          _____
                                                     _____

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX  77002

**Signature**