

United States Courts
Southern District of Texas
FILED

AUG 01 2011

David J. Bradley, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: Texas Rehabilitation Investments Corp   §
§
§
Debtor(s).   §

Case No. 04-70640

## Application for Payment of Unclaimed Funds
## and Certificate of Service

1. I am making application to receive $1,694.88, which was deposited as unclaimed funds on behalf of Beatrice Michelle Garza Sosa
(*name of original creditor/debtor*).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☒ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.
(Per court mailed to previous address and check returned)

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 7/6/11

Applicant's Signature _____
Applicant's Name  Beatrice Michelle Garza Sosa
Address  1424 Post Oaks Rd.
         Edinburg, TX 78539
Phone: (956) 457-6949

Subscribed and sworn before me this 6 day of July.

_____
Notary Public
State of Texas
My commission expires 10/12/12

DALIA L. GARZA
MY COMMISSION EXPIRES
October 29, 2012

Attachments: 1. Passport Copy
             2. Supporting document: Light bill with previous address
             3. _____
             4. _____

## Certificate of Service

I certify that on 7/15/11 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

Other: _____

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

_____
Signature

```
05-12-2011  08:14:57          Inquiry 160325-001 1              BL000801S1
GARZA,BEATRICE MICHELLE                          Loc       1-082-141-640-377
   55 3610 JOBY ST.    APT 2     Status        5 Meter #            1920094
L27 MON-MAC TERRACE,APT 2        Rate        111
                                 Cycl/BillBk    7   721 Prior balance
....Account messages....       : Book/seq    721  3670 Current bill
: 1=Select                     : # of estimates       Payments
:  _ Tax Information           : Penalties waived    Adjustments          _____
:  _ Print Meter Sheets        : Connect dt  07-26-2002 RSP total
:  _ Spouse                    : Mail code          F  Other RSP          _____
:  _ Pen & Delq Base           : Tax exempt %         Total Electric
:  _ Is a member               : # of final letters 1 Other services      _____
:  _ Employer Info             : Horsepower           Acct/sub total
:  _ Tracking Info              : Own/rent          O
:  _ Additional Meter I        :                                Readings
:  _ Audit Log Info            :                     To bill
:                              :                     Present    88959 10-01-2007
:                              :                     Prev       88645 09-24-2007
:                              :                                    0       Day
:                      Bottom  :                     Mult     1.0000
:......................:

Tax districts                                        YTD use
TX   HID 13   13A                                    YTD charge
```

MAGIC VALLEY ELEC. CO-OP INC

\* Proof of prior address where check was mailed and returned.

```
05-12-2011  08:15:04           Current Bill Inquiry                    BL000807S1
GARZA,BEATRICE MICHELLE            Acct #    160325-001 Active services
1424 POST OAKS RD              Phone # 956-262-8093 Cell #
EDINBURG TX                            956-664-9300 Prior balance
(Current Address)               Fax #         4038 Current balance  _____
              78539             SSN #  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 Total billed
PASSWORD: TINZINK25                                Payments
8535048080204                           Cycle   7  Adjustments       _____
 Location # 1-082-141-640-377   Book   721  3670      ** NOW DUE
Service addr    55 3610 JOBY ST.    APT 2
                L27 MON-MAC TERRACE,APT 2          Birth date
Email address
Driver License                                     Payment codes 1122111222112
```

**MAGIC VALLEY ELEC. CO-OP, INC.**

```
05-12-2011  08:15:10 Electric 12 Month History by Location        BL000805S1

         160325-001 GARZA,BEATRICE MICHELLE           # of estimates
    Rate 111    Loc 1-082-141-640-377   Meter   1920094      Mult    1.0000
    Serv addr 3610 JOBY ST.   APT 2     Serv desc L27 MON-MAC TERRACE,APT 2
                                                  To bill reading
Mo                  Monthly         Usage
Used      Usage     Charges        Charges
0411       947      110.34          110.34
0311       743       90.57           90.57
0211      1421      166.84          166.84
0111      1102      133.54          133.54
1210       915       97.54           97.54
1110       789       79.98           79.98
1010       978       89.51           89.51
0910      1335      136.64          136.64
0810      1523      153.25          153.25
0710      1351      153.79          153.79
0610      1297      153.90          153.90
0510       988      121.65          121.65
TOTAL    13389      1487.55         1487.55
AVERAGE   1116      123.96          123.96
 F1=Statistics
```

**MAGIC VALLEY ELEC. CO-OP INC.**

```
05-12-2011  08:15:30              Invoice Inquiry                         BL1008S2

      S  Rate/ Service          Due      Prior      Current   Prior         Total
Sub   V  Stat  Address          Date     Balance    Charges   Pymts/Adjs    Due
RSP         Name
001   1  111/5 3610 JOBY ST  10-22-07
               ** MAGIC VALLEY ELECTRIC CO-OP ** ELECTRIC




Totals
   Acct No    160325
   Name       GARZA,BEATRICE MICHELLE

F12=Previous
```

**MAGIC VALLEY ELEC. CO-OP INC.**

